UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. No. 03-20353-D |
| STEVEN DOUGLAS THREET, | ) |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **Steven Douglas Threet, No. 17826-076**, now being detained in the Memphis Federal Correctional Institution, appear before the **Honorable Judge Bernice B. Donald**, on **Thursday, October 20, 2005**, at **2:00 p.m.**, for a **Rule 35 hearing** and for such other appearances as this Court may direct.

Respectfully submitted, this 18th day of October, 2005.

_____
TIMOTHY R. DiSCENZA
Assistant U. S. Attorney

Upon consideration of the foregoing Application, **David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Shelby County Jail.**

YOU ARE HEREBY COMMANDED to have **Steven Douglas Threet, No. 17826-076**, appear before the **Honorable Judge Bernice B. Donald**, at the date and time aforementioned.

ENTERED this 18th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:03-CR-20353 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT